# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TORRES, EDWIN G. | U.S. DIST. CT., S.D. FLA. | 8/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE - FULL-TIME | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

James Lawrence King Federal Building
99 N.E. 4th Street, Rm. 1027
Miami, Florida 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 8/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Miami - Adjunct Faculty Teaching | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | University of Miami School of Law - salary as Faculty member, Legal Communications Program |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 8/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank Accounts (checking/CDs) | A | Interest | J | T | | | | | |
| 2. Gibraltar Bank/Iberiabank (CD/checking) | A | Interest | J | T | | | | | |
| 3. American Express Savings | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. ROTH IRA (renamed) (H) | | | | | | | | | |
| 7. -- Fidelity Strategic Advisers Intl II Fd | A | Dividend | | | Sold | 08/05/19 | J | A | |
| 8. -- Fidelity SAI Intl Index Fd | A | Dividend | | | Sold | 08/05/19 | J | A | |
| 9. -- Fidelity SAI Emerging Mkts Index Fd | A | Dividend | | | Sold | 08/05/19 | J | A | |
| 10. -- Fidelity Select Natural Resources Fd | A | Dividend | | | Sold | 01/30/19 | J | A | |
| 11. -- Fidelity Floating Rate High Income Bond Fd | A | Dividend | J | T | | | | | |
| 12. -- Fidelity Advisor Strategic ClassI Bond Fd | A | Dividend | J | T | | | | | |
| 13. -- Fidelity Capital & Inc. Bond Fd | A | Dividend | J | T | | | | | |
| 14. -- Fidelity Short Term Bond Fd | A | Dividend | J | T | | | | | |
| 15. -- Fidelity Conserv. Inc. Bond Fd | A | Dividend | J | T | | | | | |
| 16. -- Fidelity Govt Cash Reserve Fd | A | Int./Div. | | | Sold | 11/15/19 | J | A | |
| 17. -- FIMM Govt Portfolio Instl. Class Fd | A | Int./Div. | J | T | Buy<br>(add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --Fidelity Advisor High Income Fd Cl I | A | Dividend | J | T | | | | | |
| 19. --Fidelity Total Mkt Index Instl Premium Class Fd | A | Dividend | J | T | | | | | |
| 20. --Fidelity Strategic Advisers FID US Total Stock Fd | A | Dividend | J | T | Buy (add'l) | 08/05/19 | J | | |
| 21. --Fidelity Strategic Advisers Fidelity Core Income Bond Fd | A | Dividend | J | T | | | | | |
| 22. --Strategic Advisers FID Emerging Markets | A | Dividend | | | Sold | 08/05/19 | J | A | |
| 23. --Fidelity SAI Inflation Focused Fd (FIFGX) | A | Dividend | J | T | Buy | 1/30/19 | J | | |
| 24. --Fidelity Real Estate Income Fd (FRIFX) | A | Dividend | J | T | Buy | 03/26/19 | J | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. EGT ROLLOVER IRA (H) | | | | | | | | | |
| 28. --JNL/5Year Guaranteed Annuity - Fixed | A | Interest | M | T | | | | | |
| 29. --JNL/Mellon Capital Dow Index Fd | A | Dividend | J | T | | | | | |
| 30. --JNL/Morningstar Wide Moat Fd | B | Dividend | J | T | | | | | |
| 31. --JNL/Mellon Capital Real Estate Sector Fd | B | Dividend | J | T | | | | | |
| 32. --JNL/Vanguard Equity Income Fd | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPOUSE ROLLOVER IRA (H) | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. -- Apple Inc. Common Stock | A | Dividend | K | T | Sold (part) | 01/04/19 | K | D | |
| 38. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 39. --Fidelity Advisor Strategic Income CL I Bd Fd | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 40. --Fidelity SAI Int'l Index Fd | | None | | | Sold | 01/08/19 | J | A | |
| 41. --Fidelity SAI Emerging Mkts Index Fd | | None | | | Sold | 01/08/19 | J | A | |
| 42. --Fidelity Select Natural Resources Fd | | None | | | Sold | 01/08/19 | J | A | |
| 43. --Fidelity Strategic Advisers Int'l II Fd | | None | | | Sold | 01/08/19 | K | C | |
| 44. --Fidelity Floating Rate High Income Bank Loan Fd | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 45. --Fidelity/New York Life Secure Term Fixed Annuity | C | Interest | M | T | | | | | |
| 46. --Fidelity Capital & Income Bond Fd | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 47. --Fidelity Advisor High Income CL I Fd | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 48. --Fidelity Short Term Bond Fd | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 49. --Fidelity Conservative Income Bond Fd CL I | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 50. --Fidelity 500 Index Prem. Class | A | Dividend | | | Sold | 04/02/19 | K | D | |
| 51. -- FIMM Govt Portfolio Instl. Class Fd | A | Dividend | | | Sold | 01/08/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | --Fidelity Total Mkt Index Instl Prem Class Fd (FSKAX) | | None | | | Sold | 01/08/19 | J | A | |
| 53. | --Fidelity Strategic Advisers FID Emerging Mkts Fd (FGOMX) | | None | | | Sold | 01/08/19 | J | A | |
| 54. | --Fidelity Strategic Advisers FID US Total Stock Fd (FCDTX) | | None | | | Sold | 01/08/19 | M | A | |
| 55. | --Fidelity Strategic Advisers Fidelity Core Income Bd Fd (FIWGX) | A | Dividend | | | Sold | 01/08/19 | L | A | |
| 56. | --Fidelity Mkt Prem Class (FZDXX) | A | Dividend | | | Buy | 01/11/19 | K | | |
| 57. | | | | | | Sold | 03/27/19 | K | A | |
| 58. | --JPMorgan Chase Columbus CD Coupon | B | Int./Div. | | | Open | 01/18/19 | K | | |
| 59. | | | | | | Redeemed | 07/23/19 | K | A | |
| 60. | --Wells Fargo Bank CD Coupon | B | Int./Div. | | | Open | 01/18/19 | M | | |
| 61. | | | | | | Redeemed | 03/29/19 | M | A | |
| 62. | --Fidelity Freedom 2024 (FFTWX) | A | Dividend | K | T | Buy | 07/23/19 | K | | |
| 63. | --Western Southern SmartSelect Annuity | B | Interest | L | T | Buy | 08/23/19 | L | | |
| 64. | | | | | | | | | | |
| 65. | | | | | | | | | | |
| 66. | SPOUSE 401K ACCT (H) | | | | | | | | | |
| 67. | -- Fidelity Freedom Index 2025W | B | Int./Div. | M | T | | | | | |
| 68. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  SPOUSE ROLLOVER IRA #2 (H) | | | | | | | | | |
| 70.  -- Credit Suisse Commodity Return Strategy A Fd | A | Dividend | | | Sold | 03/29/19 | J | A | |
| 71.  -- Fidelity Cnserv. Income Bd. Fd. I | A | Dividend | | | Sold | 09/23/19 | J | A | |
| 72.  -- Fidelity SAI US Large Cap Indx Fd | A | Dividend | K | T | | | | | |
| 73.  -- Fidelity SAI US Quality Index Fd | A | Dividend | K | T | | | | | |
| 74.  -- Fidelity SAI Int'l Min. Volatility Index Fd | A | Dividend | | | Sold (part) | 02/15/19 | J | A | |
| 75. | | | | | Sold | 08/06/19 | J | A | |
| 76.  -- Fidelity SAI US Min. Volatility Index Fd | B | Dividend | L | | Buy (add'l) | 04/02/19 | L | | |
| 77. | | | | | Sold (part) | 09/23/19 | K | A | |
| 78.  -- JPMorgan US Equity Fd Class I | A | Dividend | J | T | Buy (add'l) | 08/06/19 | J | | |
| 79.  --Pimco Real Return Bd Instl Class Fd | A | Dividend | | | Buy (add'l) | 03/27/19 | J | | |
| 80. | | | | | Sold | 09/23/19 | J | A | |
| 81.  -- PIMCO Trends Managed Futures Strategy Instl Fd | A | Dividend | | | Sold | 06/25/19 | J | A | |
| 82.  -- Fidelity Govt Cash Reserves Bd Fd | A | Int./Div. | J | T | | | | | |
| 83.  --Fidelity SAI Long Trm Treasury Bd Index Fd | A | Dividend | J | T | Buy (add'l) | 04/02/19 | J | | |
| 84.  --Fidelity SAI US Treasury Bd Index (FUTBX) | A | Dividend | L | T | Buy (add'l) | 06/25/19 | K | | |
| 85. | | | | | Sold (part) | 08/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | --Ishares Treasury Barclays 7 - 10 Yr ETF (IEF) | A | Dividend | K | T | Buy (add'l) | 04/02/19 | K | | |
| 87. | | | | | | Sold (part) | 08/21/19 | J | A | |
| 88. | --Vanguard Malvern FDS Short-trm Inflation Protected Sec. Index (VTIP) | A | Dividend | K | T | Buy (add'l) | 04/02/19 | J | | |
| 89. | --Fidelity Mortgage Secs. (FMSFX) | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 90. | | | | | | Buy (add'l) | 04/02/19 | J | | |
| 91. | | | | | | Sold (part) | 07/08/19 | J | A | |
| 92. | --Apple Common Stock (AAPL) | A | Dividend | K | T | Buy | 03/29/19 | K | | |
| 93. | --Doubleline Total Rt. Bd. Fd. Cl. N (DLTNX) | | Dividend | J | T | Buy | 03/29/19 | J | | |
| 94. | --PIMCO Mortg. Opp. & Bd. Fd. Cl. N. (PMZIX) | A | Dividend | K | T | Buy | 03/29/19 | J | | |
| 95. | | | | | | Buy (add'l) | 06/25/19 | J | | |
| 96. | --PIMCO Short-trm Corp.Bd. Cl. A (PBSMX) | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 97. | --TCW Total Return Bd. Cl. I (TGLMX) | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 98. | | | | | | Buy (add'l) | 07/08/19 | J | | |
| 99. | --Ishares Treas. Ultra Short Term Bd. (ICSH) | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 100. | --JPMorgan ETF Ultra Short (JPST) | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 101. | --Fidelity Inflation Prot. Bd. Idx. Fd. (FIPDX) | A | Dividend | J | T | Buy | 09/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 8/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Redemptions of cash at 57-60 in Spouse IRA #1 used in part to transfer holdings  to IRA #2 (line 65)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWIN G. TORRES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544